# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-3560
_____

United States of America,

Plaintiff - Appellant

v.

Robert Solomon,

Defendant - Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(5:09-cr-04024-DEO-1)

_____

**JUDGMENT**

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as moot. This case, set on the calendar for January 14, 2010, has been removed from the calendar.

January 08, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans