IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | No. 09-CR-4024-DEO |
| vs. | ORDER |
| **ROBERT SOLOMON,** | |
| Defendant. | |

_____

In its previous Order, the Court gave the parties five days to object to the proposed disposition. See Docket No. 109. Five days have run, and no objections have been filed. Accordingly, Mr. Solomon is sentenced to three months incarceration with two years of supervised release to follow. Judgment will enter accordingly.

**IT IS SO ORDERED** this 8th day of June, 2015.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa